# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2019

158359

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

ERIC JERALD CORNELL,
   Defendant-Appellant.

SC: 158359
COA: 343889
Van Buren CC: 2013-018710-FH

_____/

   On order of the Court, the application for leave to appeal the July 10, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2019



t0325

            Clerk